# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | | |
|---|---|---|
| Nikita Michelle Moore-Montgomery, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CV617-162 |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) ) ) | |
| Defendant. | ) | |

## ORDER

Represented by counsel, Nikita Michelle Moore-Montgomery has filed a complaint asking the Court to review the denial of her social security disability claim. Doc. 1. She also seeks leave to proceed *in forma pauperis* (IFP). Docs. 2 & 3. After reviewing claimant's affidavit supporting her application, it appears that she lacks sufficient resources to pay the $400 filing fee. The Court therefore **GRANTS** her leave to proceed *in forma pauperis*.

**SO ORDERED,** this __28th__ day of December, 2017.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA