**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION**

NIKITA MICHELLE
MOORE-MONTGOMERY,

    Plaintiff,

v.

NANCY BERRYHILL, Acting Commissioner
of Social Security,

    Defendant.

CIVIL ACTION NO.: 6:17-cv-162

**O R D E R**

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's January 15, 2019 Report and Recommendation, (doc. 14), to which the parties have not filed any objections. Accordingly, Court **ADOPTS** the Report and Recommendation as the opinion of the Court, **AFFIRMS** the Acting Commissioner's final decision, and **DIRECTS** the Clerk of Court to **CLOSE** this case and **ENTER** final judgment in favor of the Acting Commissioner.

**SO ORDERED**, this 1st day of March, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA