# United States District Court
## Southern District of Georgia

NIKITA MICHELLE MOORE-MONTGOMERY,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 6:17-cv-162

NANCY BERRYHILL, Acting Commissioner of Social Security,

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that in accordance with this Court's Order dated March 1, 2019, adopting the Report and Recommendation of the Magistrate Judge as the opinion of this Court, the Commissioner's final decision is affirmed. This case stands closed.

Approved by: _____

March 7, 2019
Date

Scott L. Poff
Clerk

Pam Hammock
(By) Deputy Clerk